UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 18-14063-CR-MARRA/MAYNARD
18 U.S.C. § 1347
18 U.S.C. § 982

UNITED STATES OF AMERICA

vs.

SHEETAL KANAR KUMAR,

Defendants.
_____/

FILED BY __CGA__
Oct 4, 2018
STEVEN M. LARIMORE
CLERK U.S. DISTRICT CT.
S.D. OF FLA. Fort Pierce

# INDICTMENT

The Grand Jury charges that:

## GENERAL ALLEGATIONS

At all times relevant to this Indictment:

1. **SHEETAL KANAR KUMAR** was a physician licensed to practice medicine in Florida.

## MEDICARE

2. The Medicare Program ("Medicare") was a federally funded program that provided free or below-cost health care benefits to certain individuals, primarily the elderly, blind, and disabled. The benefits available under Medicare were governed by federal statutes and regulations. The United States Department of Health and Human Services, through its agency, the Centers for Medicare and Medicaid Services (CMS), oversaw the administration of Medicare. Individuals who received benefits under Medicare were commonly referred to as Medicare "beneficiaries."

3. Medicare programs covering different types of benefits were separated into different program "parts." Part B of the Medicare Program covered designated practitioners' services, medical services provided by physicians, including gynecology and urology services,

outpatient care, and certain other medical services, equipment, supplies and drugs. CMS used Medicare Administrative Contractors (MACs) to administer Medicare Part B and to process claims.

4. Medicare Part B was administered in Florida by First Coast Service Options, a company that contracted with CMS to receive, adjudicate, process, and pay certain Part B claims. Payments under the Medicare Program were often made directly to the physician, medical clinic, or other qualified provider of the medical goods or services, rather than to the beneficiary. This occurred when the provider accepted assignment of the right to payment from the beneficiary. In that case, the provider submitted the claim to Medicare for payment, either directly or through a billing company.

5. CMS's Medicare Advantage (MA) Program, known as Medicare Part C, offered beneficiaries a managed care option by allowing them to enroll in private health plans rather than having their care covered through Medicare Part A and Part B. Participating MA organizations included health maintenance organizations, preferred provider organizations, provider-sponsored organizations, and private fee-for-service plans. CMS contracted with MA organizations to provide health services to beneficiaries enrolled in MA. CMS made monthly payments to MA organizations for enrolled beneficiaries. MA organizations covered all medically necessary services, other than hospice care, that are allowable in Medicare Parts A and B.

6. Medicare is a "health care benefit program," as defined in Title 18, United States Code, Section 24(b), and "federal health care program," as defined in Title 42, United States Code, Section 1320a-7b(f).

2

## MEDICAID

7. The Medicaid Program (Medicaid) was a jointly-funded program between federal and state governments that provided medical assistance and health coverage for categories of individuals whose income and resources were insufficient to meet the costs of medical services.

8. The Florida Medicaid Program was authorized by Chapter 409, Florida State Statutes, and Chapter 59G, Florida Administrative Code. Medicaid was administered by CMS and the State of Florida Agency for Health Care Administration (AHCA).

9. CMS's Medicaid program provided medical assistance to low-income beneficiaries and beneficiaries with specific disabilities. The Federal and State Governments jointly funded and administered the Medicaid program. At the Federal level, CMS administered the Medicare program. Each State administered its Medicaid program in accordance with a CMS-approved State plan. Although the State has considerable flexibility in designing and operating its Medicaid program, it must comply with applicable Federal requirements.

10. The Federal Government pays its share of a State's medical assistance expenditures (Federal share) under Medicaid based on the Federal medical assistance percentage (FMAP), which varies depending on the State's relative per capita income as calculated by a defined formula (42 C.F.R. § 433.10).

11. Medicaid is a "health care benefit program," as defined in Title 18, United States Code, Section 24(b), and "federal health care program," as defined in Title 42, United States Code, Section 1320a-7b(f).

## ADMINISTRATION OF MEDICARE AND MEDICAID

12. Physicians, medical clinics, and other health care providers that provided services to Medicare and Medicaid beneficiaries were able to apply for and obtain a "provider number."

A health care provider who was issued a Medicare and Medicaid provider number was able to file bills, known as "claims," with Medicare and Medicaid to obtain reimbursement for services provided to beneficiaries. The claim form was required to contain certain important information, including: (a) the beneficiary's name and unique identifier; (b) a description of the health care benefit, item, or service that was provided or supplied to the beneficiary; (c) the billing codes for the benefit, item, or service; (d) the date on which the benefit, item, or service was provided or supplied to the beneficiary; and (e) the name of the physician or other health care provider, as well as a unique identifying number, known either as a Unique Physician Identification Number (UPIN) or National Provider Identifier (NPI). The claim form could be submitted in hard copy or electronically.

13. Pursuant to federal statutes and regulations, Medicare and Medicaid only paid for health care benefits, items, or other services that were actually rendered, medically necessary, and ordered by a licensed doctor or other licensed and qualified health care provider.

## COMMERCIAL HEALTH INSURANCE

14. Commercial health insurance, also known as private health insurance, provided compensation for medical bills that were the result of sickness or injury. Members of a particular insurance plan paid a monetary premium for health care benefits specified in an insurance policy agreement. When a member made a claim, the private insurance company would provide compensation to the medical care provider and the insured would (depending on the plan) make a co-payment in relation to the goods or services provided.

15. Private insurance companies include the following: Blue Cross Blue Shield, Humana, Aetna, Inc., Cigna, and United Health Care Services, Inc. These companies offered and administered health care benefit programs within the meaning of Title 18, United States Code,

4

Section 24(b). These companies provided coverage for some patients who sought treatment with defendant **SHEETAL KANAR KUMAR**.

16. Physicians, medical clinics, and other health care providers that provided services to private insurance members were able to apply for and obtain a "provider number" from the insurance company. A health care provider who was issued a private insurance provider number was able to file bills, known as "claims," with private health insurers to obtain reimbursement for services provided to members. The claim form was required to contain certain important information, including: (a) the member's name and unique identifier; (b) a description of the health care benefit, item, or service that was provided or supplied to the member; (c) the billing codes for the benefit, item, or service; (d) the date on which the benefit, item, or service was provided or supplied to the member; and (e) the name of the referring physician or other health care provider, as well as a unique identifying number, known either as a Unique Physician Identification Number (UPIN) or National Provider Identifier (NPI). The claim form could be submitted in hard copy or electronically.

### THE DEFENDANT AND RELATED COMPANIES

17. The defendant **SHEETAL KANAR KUMAR** owned and operated the for-profit corporation of Sheetal Kumar, M.D., P.A., doing business as Advanced Healthcare for Women, at 1000 South East Federal Highway, Stuart, Florida 34994. Sheetal Kumar, M.D., P.A. was incorporated on or about February 2, 2000.

18. The defendant **SHEETAL KANAR KUMAR**, a resident of Martin County, Florida, was a licensed physician and sole owner of Sheetal Kumar, M.D., P.A.

5

19. The defendant was an obstetrician and gynecologist licensed to practice medicine in the State of Florida. Among other services, the defendant provided services for treating urinary and fecal incontinence.

20. From at least as early as January 2014, until on or about July 19, 2017, the defendant, **SHEETAL KANAR KUMAR**, was a health care provider for Medicare, Medicaid, Blue Cross Blue Shield, Humana, Aetna, Inc., Cigna, and United Health Care Services, Inc.

## COUNTS 1-26
### (Health Care Fraud: 18 U.S.C. § 1347)

21. Paragraphs 1 through 20 of the General Allegations section of this Indictment are re-alleged and incorporated by reference as though fully set forth herein.

22. Beginning in or around January 2014, until on or about July 19, 2017, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**SHEETAL KANAR KUMAR**,

in connection with the delivery and payment for health care benefits, items, and services, did knowingly and willfully execute, and attempt to execute, a scheme and artifice to defraud health care benefit programs affecting commerce, as defined by Title 18, United States Code, Section 24(b), that is Medicare, Medicaid, Blue Cross Blue Shield, Humana, Aetna, Inc., Cigna, and United Health Care Services, Inc., and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of said health care benefit programs, in that the defendant submitted and caused the submission of false and fraudulent claims seeking money for specific health care benefits, items, and services that were not provided as billed.

## PURPOSE OF THE SCHEME AND ARTIFICE

23. It was the purpose of the scheme and artifice for the defendant to unlawfully enrich herself by, among other things: (a) submitting and causing the submission of false and fraudulent claims to health care benefit programs; (b) concealing the submission of false and fraudulent claims to health care benefit programs; and (c) diverting the proceeds of the false claims to her personal use and benefit, the use and benefit of others, and to further the fraud.

## THE SCHEME AND ARTIFICE

The manner and means by which the defendant sought to accomplish the purpose of the scheme and artifice included, among others, the following:

24. **SHEETAL KANAR KUMAR** submitted and cause employees of Sheetal Kumar, M.D., P.A., to submit claims for health care benefits, items and services, including, but not limited to, complex cystometrogram, uroflowmetry, voiding pressure studies, electromyography studies of anal/urethral sphincter, anorectal manometry, and patient office visits, and such claims falsely and fraudulently represented that the health care benefits, items and services had been provided to the Medicare and Medicaid beneficiaries and members of health care benefit programs when, in truth and in fact, the health care benefits, items and services had not been provided.

25. **SHEETAL KANAR KUMAR** did establish and instruct staff regarding systems and procedures for her medical practice related to the submission of claims for health care benefits, items and services. **SHEETAL KANAR KUMAR** instructed office staff and billers how to utilize superbills and submit claims. Claims were submitted using codes that are referred to as current procedural terminology codes (CPT codes). The CPT codes provided a standardized means for reporting medical services and surgical procedures to third-party payers on claim forms so that payment could be made for services provided. **SHEETAL KANAR KUMAR** knew that

7

CPT codes were being submitted for specific health care benefits, items and services that were not being performed, including, but not limited to, complex cystometrogram, uroflowmetry, voiding pressure studies, electromyography studies of anal/urethral sphincter, anorectal manometry, and patient office visits.

26. As a result of the submission of such false and fraudulent claims, **SHEETAL KANAR KUMAR**, caused health care benefit programs to make payments to Sheetal Kumar, M.D., P.A.

27. **SHEETAL KANAR KUMAR** then transferred and disbursed, and caused the transfer and disbursement of fraud proceeds to herself and others.

28. As a result of the submission of false and fraudulent claims, **SHEETAL KANAR KUMAR,** caused health care benefit programs to make fraudulent disbursements to Sheetal Kumar, M.D., P.A. in the amount of approximately $926,802.

## ACTS IN EXECUTION OF THE SCHEME AND ARTIFACE

29. On or about the dates specified as to each count below, in Martin County, in the Southern District of Florida, and elsewhere, the defendant,

**SHEETAL KANAR KUMAR,**

in connection with the delivery of and payment for health care benefits, items, and services, did knowingly and willfully execute, and attempt to execute, the above-described scheme and artifice to defraud a health care benefit program affecting commerce, that is, Medicare, Medicaid, Blue Cross Blue Shield, Humana, Aetna, Inc., Cigna, and United Health Care Services, Inc., and to obtain, by means of materially false and fraudulent pretenses, representations, and promises, money and property owned by, and under the custody and control of, said health care benefit programs, in that the defendant submitted and caused the submission of false and fraudulent

claims, identified more particularly below:

| Count | Patient | Date of Service | Health Care Program | Claim Number | Procedure Code; Service Billed; ~~Approximate Amount of Claim~~ |
|---|---|---|---|---|---|
| 1 | Y.D. | 5/28/2014 | Florida Medicaid | 5214244228941 | 51729 - Complex Cystometrogram<br>51741 – Uroflometry<br>51797 – Voiding Pressure Studies<br>51784 – Electromyography Studies of anal/urethral sphincter<br>91122 – Anorectal Monometry |
| 2 | H.V. | 9/3/2014 | Blue Cross and Blue Shield of Florida | Q100000427293183 | 51729 - Complex Cystometrogram<br>51741 – Uroflometry<br>51797 – Voiding Pressure Studies |
| 3 | H.V. | 12/23/2014 | Blue Cross and Blue Shield of Florida | Q100000446805459 | 51729 - Complex Cystometrogram |
| 4 | H.V. | 12/23/2014 | Blue Cross and Blue Shield of Florida | Q100000446805316 | 51741 – Uroflometry<br>51784 – Electromyography Studies of anal/urethral sphincter<br>91122 – Anorectal Monometry |
| 5 | V.T. | 2/24/2015 | Florida Medicaid | 2215055008519 | 51729 - Complex Cystometrogram<br>51741 – Uroflometry<br>51797 – Voiding Pressure Studies<br>91122 – Anorectal Monometry |
| 6 | J.C. | 2/25/2015 | Medicare | 598315289750000 | 51729 - Complex Cystometrogram<br>51741 – Uroflometry<br>51797 – Voiding Pressure Studies<br>51784 – Electromyography Studies of anal/urethral sphincter<br>91122 – Anorectal Monometry |
| 7 | J.H. | 3/3/2015 | Medicare | 590915148113190 | 51729 - Complex Cystometrogram<br>51741 – Uroflometry<br>51797 – Voiding Pressure Studies<br>51784 – Electromyography Studies of anal/urethral sphincter<br>91122 – Anorectal Monometry |
| 8 | J.H. | 5/6/2015 | Medicare | 590915128423010 | 51729 - Complex Cystometrogram<br>51741 – Uroflometry<br>51797 – Voiding Pressure Studies<br>51784 – Electromyography Studies of anal/urethral sphincter<br>91122 – Anorectal Monometry |
| 9 | Y.D. | 7/10/2015 | Florida Medicaid | 2215191013882 | 51729 - Complex Cystometrogram<br>51741 – Uroflometry<br>51797 – Voiding Pressure Studies<br>51784 – Electromyography Studies of anal/urethral sphincter<br>91122 – Anorectal Monometry |
| 10 | N.G. | 5/17/2016 | Medicare Part C – United Health | OEB0011060118 | 51729 - Complex Cystometrogram<br>51741 – Uroflometry<br>51797 – Voiding Pressure Studies<br>51784 – Electromyography Studies of anal/urethral sphincter<br>91122 – Anorectal Monometry |
| 11 | P.T. | 12/9/2016 | Medicare | 590216357497110 | 51729 - Complex Cystometrogram<br>51741 – Uroflometry<br>51797 – Voiding Pressure Studies<br>51784 – Electromyography Studies of anal/urethral sphincter<br>91122 – Anorectal Monometry |
| 12 | H.V. | 9/8/2014 | Blue Cross and Blue Shield of Florida | Q100000446805304 | 91122 – Anorectal Monometry<br>51784 – Electromyography Studies of anal/urethral sphincter |
| 13 | Y.D. | 9/10/2014 | Florida Medicaid | 2214253005727 | 91122 – Anorectal Monometry<br>51784 – Electromyography Studies of anal/urethral sphincter |

| Count | Patient | Date of Service | Health Care Program | Claim Number | Procedure Code; Service Billed; Approximate Amount of Claim |
|---|---|---|---|---|---|
| 14 | H.V. | 12/29/2014 | Blue Cross and Blue Shield of Florida | Q100000446805015 | 91122 – Anorectal Monometry 51784 – Electromyography Studies of anal/urethral sphincter |
| 15 | J.H. | 6/5/2015 | Medicare | 590915160143840 | 91122 – Anorectal Monometry 51784 – Electromyography Studies of anal/urethral sphincter |
| 16 | K.C. | 7/23/2015 | Medicare | 591115211543040 | 99214 – Patient Office Visit 25 Mins |
| 17 | M.K. | 3/14/2016 | Medicare | 590216077648550 | 99214 – Patient Office Visit 25 Mins |
| 18 | K.H. | 9/27/2016 | Blue Cross and Blue Shield of Florida | Q100000558558050 | 91122 – Anorectal Monometry 51784 – Electromyography Studies of anal/urethral sphincter |
| 19 | N.G. | 11/10/2016 | Medicare Part C – United Health | OEB0010879877 | 91122 – Anorectal Monometry 51784 – Electromyography Studies of anal/urethral sphincter |
| 20 | P.T. | 12/13/2016 | Medicare | 590216357497130 | 99214 – Patient Office Visit 25 Mins |
| 21 | P.T. | 6/26/2017 | Medicare | 590917178729480 | 99214 – Patient Office Visit 25 Mins |
| 22 | N.G. | 6/30/2017 | Medicare Part C – United Health | OEB0022694766 | 91122 – Anorectal Monometry 51784 – Electromyography Studies of anal/urethral sphincter |
| 23 | J.H. | 8/5/2015 | Medicare | 591815362529620 | 99213 – Patient Office Visit 15 Mins |
| 24 | J.H. | 8/8/2015 | Medicare | 591815362529630 | 99214 – Patient Office Visit 25 Mins |
| 25 | J.H. | 8/10/2015 | Medicare | 591815362529640 | 99214 – Patient Office Visit 25 Mins |
| 26 | J.H. | 8/15/2015 | Medicare | 591815362529650 | 99214 – Patient Office Visit 25 Mins |

In violation of Title 18, United States Code, Sections 1347 and 2.

## FORFEITURE ALLEGATIONS

1.  Upon conviction of any of the offenses alleged in Counts 1-26 of this Indictment, the defendant, **SHEETAL KANAR KUMAR**, shall forfeit to the United States, property, real or personal, that constitutes or is derived, directly or indirectly, from gross proceeds traceable to the commission of the offenses.

Pursuant to Title 18, United States Code, Section 982(a)(7).

A TRUE BILL

_____
FOREPERSON

_Stephen Carlton for_
ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

_Daniel G. Funk_
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY

10

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

v.

SHEETAL KANAR KUMAR
_____ **Defendant.** _____/

CASE NO._____

# CERTIFICATE OF TRIAL ATTORNEY*

**Superseding Case Information:**

**Court Division**: (Select One)
___ Miami   ___ Key West
___ FTL     ___ WPB   ✓ FTP

| | |
|---|---|
| New defendant(s) | Yes ___ No ___ |
| Number of new defendants | ___ |
| Total number of counts | ___ |

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:   (Yes or No)   No
   List language and/or dialect   _____

4. This case will take __10__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:

   (Check only one)               (Check only one)

   I     0 to 5 days       ____    Petty    ____
   II    6 to 10 days      ✓       Minor    ____
   III   11 to 20 days     ____    Misdem.  ____
   IV    21 to 60 days     ____    Felony   ✓
   V     61 days and over  ____

6. Has this case previously been filed in this District Court?   (Yes or No)   No
   If yes: Judge _____   Case No. _____
   (Attach copy of dispositive order)
   Has a complaint been filed in this matter?   (Yes or No)   No
   If yes: Magistrate Case No. _____
   Related miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the District of _____

   Is this a potential death penalty case? (Yes or No)   No

7. Does this case originate from a matter pending in the Central Region of the U.S. Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia O. Valle)?   Yes ___   No ✓

8. Does this case originate from a matter pending in the Northern Region U.S. Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)?   Yes ___   No ✓

_____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY
Court ID A5501915

*Penalty Sheet(s) attached                                                           REV 8/13/2018

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. _____

UNITED STATES OF AMERICA

v.

SHEETAL KANAR KUMAR,

        Defendant.
_____/

CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to August 9, 2013 (Mag. Judge Alicia Valle)?     ___ Yes  ✓ No

2. Did this matter originate from a matter pending in the Northern Region of the United States Attorney's Office prior to August 8, 2014 (Mag. Judge Shaniek Maynard)? ___ Yes  ✓ No

Respectfully submitted,

ARIANA FAJARDO ORSHAN
UNITED STATES ATTORNEY

BY: _____
DANIEL E. FUNK
ASSISTANT UNITED STATES ATTORNEY
District Court No. A5501915
101 South U.S. Highway 1, Suite 3100
Fort Pierce, Florida 34950
Tel:    305-905-7509
Fax:   772-466-1020
Email:  Daniel.Funk@usdoj.gov

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _____

## PENALTY SHEET

**Defendant's Name:** SHEETAL KANAR KUMAR

| COUNTS | VIOLATION | U.S. CODE | MAX. PENALTY |
|---|---|---|---|
| 1-26 | Health Care Fraud | 18:1347 | 10 Years' Imprisonment<br>$250,000 Fine<br>SR: 3 Years<br>$100 Special Assessment |
|  | Forfeiture |  |  |